IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 2405 |
| ALL AMERICAN STEEL, INC., an Illinois corporation, | ) ) ) ) | JUDGE CHARLES P. KOCORAS |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on May 25, 2017, request this Court enter judgment against Defendant, ALL AMERICAN STEEL, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On May 25, 2017, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records covering the period January 1, 2014 forward. The Court also entered an order that judgment would be entered after the completion of the audit.

2. Based on the limited records provided by Defendant, Plaintiffs estimate that the Defendant is delinquent in contributions to the Funds in the amount of $150,375.51. (See Affidavit of Joseph J. Burke). See, Gesauldi v. J. H. Reid, 198 F.Supp. 3d 24, 219 (E.D.N.Y. 2016) ("Damages based on estimated unpaid contributions are authorized under Section 502 of ERISA.").

3. Additionally, the amount of $40,456.08 is due for liquidated damages. (Burke Aff. Par. 8).

4. In addition, Plaintiffs' firm has expended $485.00 in costs and $3,623.50 in attorneys' fees, for a total of $4,108.50, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $194,940.09.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $194,940.09.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\All American Steel\motion-judgment.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have e-mailed and/or mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of <u>4:00 p.m.</u> this <u>14th</u> day of <u>February 2018</u>:

        Mr. Cleo Rodriguez, Registered Agent/President
        All American Steel, Inc.
        204 E. Village Drive
        Northlake, IL   60164

        Mr. Richard M. Varchetto
        Attorney at Law
        105 S. York Road, Suite 440
        Elmhurst, IL   60126

                                      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\All American Steel\motion-judgment.pnr.df.wpd